the property. The provision at issue was clearly stated and accepted as stated, and the facts do not suggest that the provision was unreasonable at the time made. Defendant cites certain cases concerning conditions or restrictive covenants which are impossible of performance. Such cases have no relevance under the facts here. Defendant cites *Trustees of Eureka College v. Bondurant*, 289 Ill. 289. It is not urged, however, that the action of defendant in accepting the deed was contrary to law or public policy at the time of such deed.

The judgment is affirmed.

Affirmed.

SMITH, P. J., and CRAVEN, J., concur.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Earl Hamilton, Defendant-Appellant.

(No. 12293;

Fourth District—November 6, 1974.

*Opinion modified upon denial of rehearing December 18, 1974.*

Opinion by Mr. JUSTICE CLARK.

John F. McNichols, and John L. Swartz, both of State Appellate Defender's Office, of Springfield, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (James W. Jerz and Martin P. Moltz, both of Model District State's Attorneys Office, of counsel), for the People.

FIRST PROFESSIONAL LEASING COMPANY, Plaintiff-Appellant, v. SAMUEL T. RAPPOLD, D. C., Defendant-Appellee.

(No. 12294;

Fourth District—November 14, 1974.

*Rehearing denied December 12, 1974.*